UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASVILLE INVESTMENTS, LTD,
et al.,

    Plaintiffs,

vs.                              Case No. 13-cv-61596-WPD

JASON M. KATES, et al.,

    Defendants.
_____/

## STIPULATION OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and among CASVILLE INVESTMENTS, LTD., MBC INVESTMENTS, SA, WATKINS INTERNATIONAL, LTD., individually and derivatively on behalf of nominal defendant ARGO DIGITAL SOLUTIONS, INC. (collectively, the "Plaintiffs") and JASON M. KATES, RICHARD J. SULLIVAN, DAVID A. LOPPERT, WORLD CAPITAL MARKETS, INC., SOLUTIONS, INC., and RVUE HOLDGINS, INC. (collectively, the "Defendants"), by and through their undersigned counsel the following:

1. The above-captioned action is settled pursuant to the terms of the settlement agreement dated _____, 2013 (the "Settlement Agreement") and the Court order approving the Settlement Agreement; and,

2. Pursuant to Rule 23.1 and Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is voluntarily dismissed with prejudice; and,

3. This Stipulation may be executed in counterparts and any facsimile or copy signature shall have the same force and effect as an original signature.

Dated: January 15, 2014

| GRAYROBINSON, P.A. | GUSRAE KAPLAN NUSBAUM PLLC |
|---|---|
| By: *(signature)* | By: _____ |
| Robert E. Johnson, Esq. | Alison B. Cohen, Esq. |
| | Martin Kaplan, Esq. |
| Kevin P. Crosby, Esq. | 120 Wall Street, 11th Floor |
| 401 E. Jackson Street | New York, NY 10005 |
| Suite 2700 (33602) | acohen@gusraekaplan.com |
| Post Office Box 3324 | mkaplan@gusraekaplan.com |
| Tampa, FL 33601 | *(Attorneys Pro Hoc Vice for Plaintiffs* |
| rjohnson@gray-robinson.com | *Casville Investments, Ltd., MBC* |
| pgatlyn@gray-robinson.com | *Investment, SA, and Watkins International,* |
| kevin.crosby@gray-robinson.com | *Ltd., individually and derivatively on* |
| *(Attorneys Plaintiffs Casville* | *behalf of nominal defendant Argo Digital* |
| *Investments, Ltd., MBC Investment, SA* | *Solutions, Inc.)* |
| *and Watkins International, Ltd. individually* | |
| *and derivatively on behalf of nominal* | |
| *defendant Argo Digital Solutions, Inc)* | |

| BURMAN, CRITTON, LUTTIER & COLEMAN, LLP | THE DUBOSAR LAW GROUP, P.A. |
|---|---|
| By: _____ | By: _____ |
| Robert D. Critton, Jr., Esq. | Howard D. Dubosar, Esq. |
| 303 Banyan Boulevard, Suite 400 | Robert C. Sheres, Esq. |
| West Palm Beach, FL 33401 | 1800 North Military Trail |
| rcrit@bclclaw.com | Suite 470 |
| *(Attorneys for Defendants David A. Loppert* | Boca Raton, FL 33431 |
| *Richard J. Sullivan, World Capital Markets,* | DuBosarH@dubolaw.com |
| *Inc., Solutions, Inc. and Jason M. Kates)* | sheresr@dubolaw.com |
| | doylek@dubolaw.com |
| | Shepleyj@dubolaw.com |
| | *(Attorneys for Defendant rVue Holdings,* |
| | *Inc.)* |

Dated: 1/15/ , 2014

| | |
|---|---|
| GRAYROBINSON, P.A. | GUSRAE KAPLAN NUSBAUM PLLC |
| By: _____ | By: /s/ _____ |
| Robert E. Johnson, Esq. | Alison B. Cohen, Esq. |
| | Martin Kaplan, Esq. |
| Kevin P. Crosby, Esq. | 120 Wall Street, 11th Floor |
| 401 E. Jackson Street | New York, NY 10005 |
| Suite 2700 (33602) | acohen@gusraekaplan.com |
| Post Office Box 3324 | mkaplan@gusraekaplan.com |
| Tampa, FL 33601 | *(Attorneys Pro Hoc Vice for Plaintiffs* |
| rjohnson@gray-robinson.com | *Casville Investments, Ltd., MBC* |
| pgatlyn@gray-robinson.com | *Investment, SA, and Watkins International,* |
| kevin.crosby@gray-robinson.com | *Ltd., individually and derivatively on* |
| *(Attorneys Plaintiffs Casville* | *behalf of nominal defendant Argo Digital* |
| *Investments, Ltd., MBC Investment, SA* | *Solutions, Inc.)* |
| *and Watkins International, Ltd. individually* | |
| *and derivatively on behalf of nominal* | |
| *defendant Argo Digital Solutions, Inc)* | |
| | |
| BURMAN, CRITTON, LUTTIER & COLEMAN, LLP | THE DUBOSAR LAW GROUP, P.A. |
| By: _____ | By: _____ |
| Robert D. Critton, Jr., Esq. | Howard D. Dubosar, Esq. |
| 303 Banyan Boulevard, Suite 400 | Robert C. Sheres, Esq. |
| West Palm Beach, FL 33401 | 1800 North Military Trail |
| rcrit@bclclaw.com | Suite 470 |
| *(Attorneys for Defendants David A. Loppert* | Boca Raton, FL 33431 |
| *Richard J. Sullivan, World Capital Markets,* | DuBosarH@dubolaw.com |
| *Inc., Solutions, Inc. and Jason M. Kates)* | sheresr@dubolaw.com |
| | doylek@dubolaw.com |
| | Shepleyj@dubolaw.com |
| | *(Attorneys for Defendant rVue Holdings,* |
| | *Inc.)* |

Dated: _____, 2013

| GRAYROBINSON, P.A. | GUSRAE KAPLAN NUSBAUM PLLC |
|---|---|
| By: _____ | By: _____ |
| Robert E. Johnson, Esq. | Alison B. Cohen, Esq.<br>Martin Kaplan, Esq.<br>120 Wall Street, 11th Floor |
| Kevin P. Crosby, Esq.<br>401 E. Jackson Street<br>Suite 2700 (33602)<br>Post Office Box 3324<br>Tampa, FL 33601<br>rjohnson@gray-robinson.com<br>pgatlyn@gray-robinson.com<br>kevin.crosby@gray-robinson.com<br>*(Attorneys Plaintiffs Casville*<br>*Investments, Ltd., MBC Investment, SA*<br>*and Watkins International, Ltd. individually*<br>*and derivatively on behalf of nominal*<br>*defendant Argo Digital Solutions, Inc)* | New York, NY 10005<br>acohen@gusraekaplan.com<br>mkaplan@gusraekaplan.com<br>*(Attorneys Pro Hoc Vice for Plaintiffs*<br>*Casville Investments, Ltd., MBC*<br>*Investment, SA, and Watkins International,*<br>*Ltd., individually and derivatively on*<br>*behalf of nominal defendant Argo Digital*<br>*Solutions, Inc.)* |
| BURMAN, CRITTON, LUTTIER & COLEMAN, LLP | THE DUBOSAR LAW GROUP, P.A. |
| By: _____ | By: /s/ Howard D. Dubosar |
| Robert D. Critton, Jr., Esq.<br>303 Banyan Boulevard, Suite 400<br>West Palm Beach, FL 33401<br>rcrit@bclclaw.com<br>*(Attorneys for Defendants David A. Loppert*<br>*Richard J. Sullivan, World Capital Markets,*<br>*Inc., Solutions, Inc. and Jason M. Kates)* | Howard D. Dubosar, Esq.<br>Robert C. Sheres, Esq.<br>1800 North Military Trail<br>Suite 470<br>Boca Raton, FL 33431<br>DuBosarH@dubolaw.com<br>sheresr@dubolaw.com<br>doylek@dubolaw.com<br>Shepleyj@dubolaw.com<br>*(Attorneys for Defendant rVue Holdings,*<br>*Inc.)* |

Dated: _____, 2013

| | |
|---|---|
| GRAYROBINSON, P.A. | GUSRAE KAPLAN NUSBAUM PLLC |
| By: _____ | By: _____ |
| Robert E. Johnson, Esq. | Alison B. Cohen, Esq. |
| | Martin Kaplan, Esq. |
| Kevin P. Crosby, Esq. | 120 Wall Street, 11th Floor |
| 401 E. Jackson Street | New York, NY 10005 |
| Suite 2700 (33602) | acohen@gusraekaplan.com |
| Post Office Box 3324 | mkaplan@gusraekaplan.com |
| Tampa, FL 33601 | *(Attorneys Pro Hoc Vice for Plaintiffs* |
| rjohnson@gray-robinson.com | *Casville Investments, Ltd., MBC* |
| pgatlyn@gray-robinson.com | *Investment, SA, and Watkins International,* |
| kevin.crosby@gray-robinson.com | *Ltd., individually and derivatively on* |
| *(Attorneys Plaintiffs Casville* | *behalf of nominal defendant Argo Digital* |
| *Investments, Ltd., MBC Investment, SA* | *Solutions, Inc.)* |
| *and Watkins International, Ltd, individually* | |
| *and derivatively on behalf of nominal* | |
| *defendant Argo Digital Solutions, Inc)* | |
| | |
| BURMAN, CRITTON, LUTTIER & COLEMAN, LLP | THE DUBOSAR LAW GROUP, P.A. |
| By: \_\_\_\_/s/_____ 1/15/14 | By: _____ |
| Robert D. Critton, Jr., Esq. | Howard D. Dubosar, Esq. |
| 303 Banyan Boulevard, Suite 400 | Robert C. Sheres, Esq. |
| West Palm Beach, FL 33401 | 1800 North Military Trail |
| rcrit@bclclaw.com | Suite 470 |
| *(Attorneys for Defendants David A. Loppert* | Boca Raton, FL 33431 |
| *Richard J. Sullivan, World Capital Markets,* | DuBosarH@dubolaw.com |
| *Inc., Solutions, Inc. and Jason M. Kates)* | sheresr@dubolaw.com |
| | doylek@dubolaw.com |
| | Shepleyj@dubolaw.com |
| | *(Attorneys for Defendant rVue Holdings, Inc.)* |