UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61596-CIV-DIMITROULEAS

CASVILLE INVESTMENTS, LTD.,
MBC INVESTMENT, SA and WATKINS
INTERNATIONAL, LTD., Individually and
Derivatively on Behalf of Nominal Defendant
ARGO DIGITAL SOLUTIONS, INC.,

Magistrate Judge Snow

    Plaintiffs,
vs.

JASON M. KATES, RICHARD J. SULLIVAN,
DAVID A. LOPPERT, WORLD CAPITAL
MARKETS, INC., SOLUTIONS, INC.,
RVUE HOLDINGS, INC. And JOHN DOES 1-20,

    Defendants,

ARGO DIGITAL SOLUTIONS, INC.,

    Nominal Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

    THIS CAUSE is before the Court on the Stipulation of Settlement and Voluntary Dismissal with Prejudice, filed herein on April 30, 2014. [DE 110]. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

    On January 16, 2014, the Court preliminarily approved the parties' Settlement Agreement [DE 90-1], subject to further consideration of whether to finally approve of the proposed class action settlement based on several factors delineated by the Eleventh Circuit in <u>Bennett v. Behring Corp.</u>, 737 F.2d 982, 986 (11th Cir. 1984) at a hearing to be held before this Court. The hearing was conducted on Friday, April 4, 2014. Following the hearing, the Court entered a Final Order Approving Class Action Settlement; Closing Case [DE 108].

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation of Settlement and Voluntary Dismissal with Prejudice is **APPROVED**;

2. The above-styled action is **DISMISSED WITH PREJUDICE**;

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2014.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record